A. J. P. CONTRACTING CORPORATION et al., Appellants, *v.* BROOKLYN BUILDERS SUPPLY COMPANY, Defendant, and REYNOLDS CORPORATION et al., Respondents.

Submitted May 27, 1940; decided June 14, 1940.

*Clarence G. Bachrach* for appellants.
*John Steele Brice* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.